# McGuireWoods

**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Katherine A. Garland**
Direct: 212.548.7028
kgarland@mcguirewoods.com
Fax: 212.715.6281

June 30, 2026

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

*The initial pretrial conference previously scheduled for August 5, 2026 is hereby ADJOURNED to* **September 2, 2026 at 9:00 a.m.**

*The Clerk of Court is directed to terminate ECF No. 21.*

SO ORDERED.

June 30, 2026

Re:   *Richardson v. Equifax Information Servs., LLC*
      **Case No.: 26-cv-03596-JMF**

Dear Judge Furman:

The firm represents Defendant Navy Federal Credit Union ("NFCU") in connection with the above-captioned action (the "Action"). Pursuant to Rule 2(D) of Your Honor's Individual Rules and Practices, NFCU is hereby moving for a 28-day adjournment of the Initial Pretrial Conference, currently set for August 5, 2026 at 9:00 A.M (the "Conference"), up until and including September 2, 2026. *See* ECF No. 9.

The requested adjournment is being sought to provide time for appearing defendants to serve responsive pleadings, which are due on or before July 31, 2026 (ECF No. 20), and to enable the parties to better assess their discovery needs in advance of the Conference. Plaintiff Iris Richardson ("Plaintiff") and Defendant Experian Information Solutions, Inc. have consented to the proposed adjournment.[1] This is NFCU's first request for an adjournment of the Conference, which also constitutes the parties' next scheduled appearance date before the Court. *See* ECF No. 9. There are no other pending deadlines that would be impacted by this request.

We appreciate your consideration of this matter.

Respectfully submitted,

*/s/ Katherine A. Garland*

Katherine A. Garland

TO:   All Counsel of Record (via CM/ECF)

---

[1] Defendant Equifax Information Services, LLC has not appeared in the Action. Pursuant to a Notice of Settlement filed on June 26, 2026, its dismissal is pending. *See* ECF No. 20.

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Seattle | Tysons | Washington, D.C.