**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Isis Richardson,**

**Plaintiff,**

**-against-**

**Equifax Information Services, LLC, et al.,**

**Defendants.**

**1:26-cv-03596 (JMF)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, December 22, 2026, at 2:00 p.m EST. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The participating parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, December 15, 2026).

**SO ORDERED.**

Dated: New York, New York
October 21, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge